IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RAYMOND L. AND TERRYLL ANN WALLS, AS CO-TRUSTEES OF THE RAYMOND L. WALLS AND TERRYLL ANN WALLS DECLARATION OF TRUST DATED MAY 30, 2002, AS AMENDED JULY 18, 2013,<br><br>Plaintiffs,<br><br>v.<br><br>VRE CHICAGO ELEVEN, LLC, VERDAD REAL ESTATE, INC., EXP REALTY ADVISORS, INC., TARTAN REALTY GROUP, INC., and BAKER MONROE PLLC,<br><br>Defendants.<br><br>VERDAD REAL ESTATE, INC., and VRE CHICAGO ELEVEN, LLC,<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>MARK A. REINSCH, MARK A. REINSCH, P.A., DTZ AMERICAS, INC., CUSHMAN & WAKEFIELD, INC., and MATTHEW MCNEILL,<br><br>Third-Party Defendants. | No. 1:16-cv-4048 |

**STIPULATION REGARDING THIRD-PARTY DEFENDANTS DTZ AMERICAS, INC., CUSHMAN & WAKEFIELD, INC. AND MATTHEW MCNEILL'S ANSWER TO THIRD-PARTY PLAINTIFFS' THIRD AMENDED COMPLAINT**

On October 18, 2018, Defendant/Third-Party Plaintiffs VRE Chicago Eleven, LLC, Verdad Real Estate, Inc., and Jason Keen (collectively "Verdad/VRE") filed their First Amended Third-Party Complaint against Third-Party Defendants DTZ Americas, Inc., Cushman & Wakefield, Inc. and Matthew McNeill (collectively, the "DTZ Defendants") and others (Dkt. # 209). On November 15, 2018, the DTZ Defendants filed their Answer to the First Amended Third-Party Complaint. (Dkt. # 224).

On July 30, 2019, Verdad/VRE filed their Second Amended Third-Party Complaint. (Dkt. # 254). The material allegations against the DTZ Defendants in the Second Amended Third-Party Complaint have not changed. Accordingly, the parties stipulate that the DTZ Defendants Answer to the First Amended Third-Party Complaint shall stand and be incorporated by reference as and for their Answer to the Second Amended Third-Party Complaint.

This the 12th day of August, 2019.

Prepared and submitted by:

/s/ James V. Garvey
James V. Garvey, IL Bar No. 6224992
Daniel P. Jackson, IL Bar No. 6289813
VEDDER PRICE P.C.
222 N. LaSalle Street, Suite 2600
Chicago, Illinois 60601
(312) 609-7500
jgarvey@vedderprice.com
djackson@vedderprice.com
*Attorneys for DTZ Americas, Inc., Cushman & Wakefield, Inc., and Matthew McNeill*

Consented to by:

/s/ Paige M. Neel
Paige M. Neel, IL Bar No. 6279324
CLAUSEN MILLER P.C.
10 S. LaSalle Street
Chicago, IL 60603

312-855-1010
pneel@clausen.com

*Attorney for VRE Chicago Eleven, LLC, Verdad Real Estate, Inc., and Jason Keen*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Stipulation with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all to counsel of record on August 12, 2019.

/s/ James V. Garvey

James V. Garvey
IL ARDC # 6224992
Vedder Price P.C.
222 North LaSalle Street
Chicago, Illinois 60601-1003
Telephone: (312) 609-7712
Facsimile: (312) 609-5005
jgarvey@vedderprice.com

*Attorney for Defendants*