**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| RAYMOND L. AND TERRYLL ANN WALLS, AS CO-TRUSTEES OF THE RAYMOND L. WALLS AND TERRYLL ANN WALLS DECLARATION OF TRUST DATED MAY 30, 2002, AS AMENDED JULY 18, 2013,<br><br>*Plaintiffs*,<br><br>v.<br><br>VRE CHICAGO ELEVEN, LLC, *et al.*,<br><br>*Defendants*. | ) | Case No. 1:16-cv-04048<br><br>Judge Thomas M. Durkin<br><br>Magistrate Jeffrey T. Gilbert |

**STIPULATION OF DISMISSAL AS TO BAKER MONROE DEFENDANTS**

Plaintiffs Raymond L. and Terryll Ann Walls, as Co-Trustees of the above-referenced Trust, and Defendants Baker Monroe PLLC, Chris Baker and Justin Huston (collectively, the "Baker Monroe Defendants") hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiffs' claims against the Baker Monroe Defendants shall be and hereby are dismissed with prejudice, with each party to bear its own costs and attorney's fees.

Respectfully submitted,

_/s/ John J. Scharkey (by consent)_
John J. Scharkey
William C. O'Hara
Lucas B. Terna
SWEENEY, SCHARKEY & BLANCHARD LLC
230 West Monroe Street
Suite 1500
Chicago, Illinois 60606
Tel. (312) 384-0500

*Counsel for Baker Monroe PLLC, Chris Baker, and Justin Huston*

_/s/ Gerald P. Greiman
Gerald P. Greiman, *pro hac vice*
Ryan C. Hardy, IL Bar No. 6304782
SPENCER FANE LLP
1 N. Brentwood Blvd., Suite 1000
St. Louis, MO 63105
(314) 863-7733
(314) 862-4656 (fax)
ggreiman@spencerfane.com
rhardy@spencerfane.com

and

John C. Martin, IL Bar No. 6225557
SUGAR FELSENTHAL GRAIS and
HELSINGER LLP
30 North LaSalle Street, Suite 3000
Chicago, IL 60602
312-704-9400
jmartin@sfgh.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 15th day of April, 2022, the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system, which caused a copy of same to be served on all counsel of record.

/s/ Gerald P. Greiman