## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Raymond L. Walls, et al.

                                        Plaintiff,

v.                                                      Case No.: 1:16–cv–04048
                                                        Honorable Thomas M. Durkin

VRE Chicago Eleven, LLC, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 25, 2022:

      MINUTE entry before the Honorable Thomas M. Durkin: Unopposed Motion for Good Faith Finding [387] is granted. The telephone status hearing set for 9/6/2022 is vacated. Civil case terminated. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.