**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| RAYMOND L. AND TERRYLL ANN WALLS, AS CO-TRUSTEES OF THE RAYMOND L. WALLS AND TERRYLL ANN WALLS DECLARATION OF TRUST DATED MAY 30, 2002, AS AMENDED JULY 18, 2013, | ) ) ) ) ) ) | |
| | ) | Case No. 1:16-cv-04048 |
| *Plaintiffs*, | ) ) ) | Judge Thomas M. Durkin |
| | ) | Magistrate Jeffrey T. Gilbert |
| v. | ) ) | |
| VRE CHICAGO ELEVEN, LLC, *et al.*, | ) ) | |
| *Defendants*. | ) | |

**STIPULATION OF DISMISSAL**

Plaintiffs Raymond L. and Terryll Ann Walls, as Co-Trustees of the above-referenced Trust, and Defendants VRE Chicago Eleven, LLC, Verdad Real Estate, Inc. and B. Jason Keen, being all of the remaining parties to this action, hereby stipulate, by their respective undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that this action shall be, and the same hereby is, dismissed with prejudice, with each party to bear its own costs and attorney's fees.

Respectfully submitted,

/s/ Christian D. Tucker (by consent)
Christian D. Tucker
FRIEDMAN SUDER & COOKE
Tindall Square Warehouse No.1
604 East Fourth Street
Suite 200
Fort Worth, Texas 76102
Tel. (817) 334-0460

and

/s/ Gerald P. Greiman
Gerald P. Greiman, *pro hac vice*
Ryan C. Hardy, IL Bar No. 6304782
SPENCER FANE LLP
1 N. Brentwood Blvd., Suite 1000
St. Louis, MO 63105
(314) 863-7733
(314) 862-4656 (fax)
ggreiman@spencerfane.com
rhardy@spencerfane.com

and

/s/ John J. Scharkey (by consent)_____
John J. Scharkey
William C. O'Hara
Lucas B. Terna
SWEENEY, SCHARKEY & BLANCHARD LLC
230 West Monroe Street
Suite 1500
Chicago, Illinois 60606
Tel. (312) 384-0500

*Attorneys for Verdad Defendants*

John C. Martin, IL Bar No. 6225557
SUGAR FELSENTHAL GRAIS and
HELSINGER LLP
30 North LaSalle Street, Suite 3000
Chicago, IL 60602
312-704-9400
jmartin@sfgh.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 31st day of August, 2022, the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system, which caused a copy of same to be served on all counsel of record.

/s/ Gerald P. Greiman _____

2

SL 5604486.1